# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  March 4, 2021                                             Judge:  Hon. James Donato

Time:  22 Minutes

Case No.    **3:20-cv-04722-JD**
Case Name   **International Organization of Masters, Mates & Pilots v. The Pasha Group et al**

Attorney(s) for Plaintiff(s):    Lisa C. Demidovich
Attorney(s) for Defendant(s):   William Miossi

Deputy Clerk:  Lisa R. Clark                                Court Reporter:  Ruth Ekhaus

## PROCEEDINGS

Status Conference -- Held (by Zoom Webinar)

## NOTES AND ORDERS

The Court discusses this case with the parties, and also, with the parties' consent, the newly-related case between the same parties, *Sunrise Operations LLC v. International Organization of Masters, Mates & Pilots*, No. 21-cv-00984-JD.

With the parties' joint agreement, the Court will stay both cases, Case No. 20-cv-04722-JD & Case No. 21-cv-00984-JD, for a period of 30 days, during which time the parties will empanel the Licensed Personnel Board as outlined in the CBA, including the Arbitrator who will serve as the chairperson of the LPB.  The parties may jointly request an extension of the stay if needed. The Court expects that once the LPB has been empaneled, the parties will submit their grievances and disputes to the LPB and jointly dismiss both cases filed in this Court.

All pending motions in both cases will be administratively terminated during the stay, and all hearing dates are vacated.